# EXHIBIT 1

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

WILLIAM W. HENKEL,
Plaintiff,

v.

DIMEO CONSTRUCTION COMPANY,
Defendant.

CIVIL ACTION
NO.: 04-4513

## COMPLAINT AND JURY DEMAND

1. Plaintiff William W. Henkel ("Henkel") is an individual residing in Johnstown, Rhode Island and is a journeyman sheet metal worker.

2. Defendant Dimeo Construction Company ("Dimeo") of Providence, Rhode Island is a Rhode Island business entity who, as of March 8, 2004 was the general contractor on a construction project for Providence College in Providence, RI.

3. On or about March 8, 2004, while plaintiff was in the course of his employment, staging and scaffolding on which he was instructed to work gave way causing plaintiff to fall from the roof level, suffering a fall of in excess of 60 feet, breaking through wooden planking on his way down, and suffered severe personal injuries.

4. His fall was caused by the negligence and carelessness of defendant Dimeo, who failed to properly supervise the work, failed to provide plaintiff a safe place to work, which they had a duty to do, failed to coordinate the work of its subcontractors and failed in its duties to supervise the erection, maintenance and condition of the

scaffolding and staging on which workers at the project were required and instructed to work.

5. As a direct and proximate result of defendant's negligence, plaintiff has been unable to conduct his activities of daily normal living, including without limitation his employment, has suffered hospital, medical, therapeutic and pharmacological costs and expenses, has endured great pain and suffering to and including the present, which is anticipated to continue, has suffered permanent impairment and has lost his wages and benefits from the date of the accident to and including the present.

WHEREFORE, plaintiff seeks judgment in his favor and against defendant Dimeo and seeks an award of those damages, plus costs, interest, reasonable attorney's fees and such other relief as this Court deems meet and just.

PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES RAISED IN HIS COMPLAINT.

The Plaintiff,
WILLIAM W. HENKEL,
By his attorneys,

Patrick T. Jones (6636)
Peter J. Schneider (6834)
COOLEY MANION JONES LLP
One Center Place
Providence, RI 02903
(401) 273-0800

DATED: 9/1/04