# EXHIBIT 2

# ACORD CERTIFICATE OF LIABILITY INSURANCE

OP ID 5J EAGLE05 | DATE (MM/DD/YY) 08/25/03

PRODUCER

The Watson Group
225 Spring Street
Wethersfield CT 06109
Phone: 860-263-1700

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

INSURED

Eagle Cornice Co., Inc.
89 Pettaconsett Avenue
Cranston, RI 02920

| INSURERS AFFORDING COVERAGE | |
|---|---|
| INSURER A: | Transcontinental Ins. Co./CNA |
| INSURER B: | Transportation Ins. Co./CNA |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE X OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY X PRO-JECT LOC | 3001219107 | 07/01/03 | 07/01/04 | EACH OCCURRENCE | $ $1,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $ $ 100,000 |
| | | | | | MED EXP (Any one person) | $ $ 5,000 |
| | | | | | PERSONAL & ADV INJURY | $ $1,000,000 |
| | | | | | GENERAL AGGREGATE | $ $2,000,000 |
| | | | | | PRODUCTS - COMP/OP AGG | $ $1,000,000 |
| A | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>X HIRED AUTOS<br>X NON-OWNED AUTOS | 6001219114 | 07/01/03 | 07/01/04 | COMBINED SINGLE LIMIT (Ea accident) | $ $1,000,000 |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | GARAGE LIABILITY<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN AUTO ONLY: EA ACC | $ |
| | | | | | AGG | $ |
| B | EXCESS LIABILITY<br>X OCCUR CLAIMS MADE<br>DEDUCTIBLE<br>X RETENTION $10,000 | 1077826724 | 07/01/03 | 07/01/04 | EACH OCCURRENCE | $ $5,000,000 |
| | | | | | AGGREGATE | $ $5,000,000 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | | WC STATUTORY LIMITS / OTHER | |
| | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | OTHER<br>Installation Floater | 3001219107 | 07/01/03 | 07/01/04 | Each Occurr. | $250,000 |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS

Project: Providence College - Student Resident Dorm; Dimeo Job #: 226-02. Providence College and Dimeo Construction Company are additional insureds on a primary and non-contributory basis with respects work performed by the insured.

*10 days notice for non-payment of premium.

CERTIFICATE HOLDER | Y | ADDITIONAL INSURED; INSURER LETTER: A

DIMEO01

Dimeo Construction Company
75 Chapman Street
Providence, RI 02905

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 10 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

Arthur A. Watson & Co., Inc.

ACORD 25-S (7/97)

© ACORD CORPORATION 1988