# **EXHIBIT 4**

POORE & ROSENBAUM LLP

ATTORNEYS AT LAW

WILLIAM A. POORE
STEVEN ROSENBAUM*

NICHOLAS A. LAMBROS*
CHRISTOPHER J. O'CONNOR

*Also licensed in MA

Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02901-1117
Telephone (401) 831-2600
Fax (401) 831-2220

December 17, 2007

Patrick T. Jones, Esq.
Cooley Manion Jones
One Center Place
Providence, RI 02903

Mark P. Dolan, Esq.
Rice Dolan & Kershaw
170 Westminster Street
Providence, RI 02903

Todd White, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza, 8th Flr.
Providence, RI 02903

Michael Schwartz, Esq.
Mandell, Schwartz & Boisclair
One Park Row
Providence, RI 02903

**Re: William W. Henkle v. Dimeo Construction Company v. Eagle Cornice Co., Inc. and Grande Masonry, LLC**

Gentlemen:

This correspondence confirms mediation of this matter conducted at my office on December 11, 2007. As a result of the good faith efforts of the parties, the claim was settled in part pursuant to the following terms and conditions:

1. That the complaint of the plaintiff against defendant Dimeo Construction Company is dismissed, with prejudice, no interest, no costs. The third party action of Dimeo Construction Company v. Eagle Cornice Co., Inc. and Grande Masonry, LLC and Grande Masonry, LLC's cross-claim against Eagle Cornice Co., Inc. shall remain in full force and effect.

2. That the defendant Dimeo Construction Company shall pay to the plaintiff the sum of $375,000.00 for all injuries and damages, including claims of consortium and any derivative claims, resulting from or pertaining to the personal injury incident that occurred on March 8, 2004.

3. That the settling parties shall exchange mutual releases.

4. That the plaintiff shall assume satisfaction of any and all liens pertaining to this matter, medical, legal or other, and shall hold the settling defendant harmless therefrom.

I would like to take this opportunity to thank the parties for the cooperation extended throughout the mediation process, and for the appointment in this matter. I will, under separate cover, forward my invoice for services rendered. Thank you.

Very truly yours,

POORE & ROSENBAUM LLP

William A. Poore

WAP/hja
*Dictated but not read*