# EXHIBIT 5

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY) 01/12/04

**PRODUCER**

Aon Risk Services, Inc. of Massachusetts
99 High Street
Boston MA 02110

PHONE - (866) 266-7475 FAX - (866) 467-7847

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**COMPANIES AFFORDING COVERAGE**

| | |
|---|---|
| COMPANY A | Virginia Surety Company, Inc. |
| COMPANY B | St. Paul Guarantee Insurance Company |
| COMPANY C | |
| COMPANY D | |

**INSURED**

Grande Masonry, LLC
47 Chapman Street
Providence RI 02905 USA

**COVERAGES**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS MADE [X] OCCUR<br>[ ] OWNER'S & CONTRACTOR'S PROT | 2CG50069601<br>General Liability 03-04 | 12/31/03 | 12/31/04 | GENERAL AGGREGATE | $2,000,000 |
| | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | EACH OCCURRENCE | $1,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $300,000 |
| | | | | | MED EXP (Any one person) | $5,000 |
| A | AUTOMOBILE LIABILITY<br>[X] ANY AUTO<br>[ ] ALL OWNED AUTOS<br>[ ] SCHEDULED AUTOS<br>[ ] HIRED AUTOS<br>[ ] NON-OWNED AUTOS | 2CA50069701<br>Automobile Liability | 12/31/03 | 12/31/04 | COMBINED SINGLE LIMIT | $1,000,000 |
| | | | | | BODILY INJURY (Per person) | |
| | | | | | BODILY INJURY (Per accident) | |
| | | | | | PROPERTY DAMAGE | |
| | GARAGE LIABILITY<br>[ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | |
| | | | | | OTHER THAN AUTO ONLY: EACH ACCIDENT | |
| | | | | | AGGREGATE | |
| B | EXCESS LIABILITY<br>[X] UMBRELLA FORM<br>[ ] OTHER THAN UMBRELLA FORM | QK01200626<br>Umbrella Liability 03-04 | 12/31/03 | 12/31/04 | EACH OCCURRENCE | $5,000,000 |
| | | | | | AGGREGATE | $5,000,000 |
| A | WORKER'S COMPENSATION AND EMPLOYERS' LIABILITY<br>THE PROPRIETOR/PARTNERS/EXECUTIVE OFFICERS ARE: [X] INCL [ ] EXCL | 2CW50069901<br>Grande Work Comp | 12/31/03 | 12/31/04 | [X] WC STATUTORY LIMITS [ ] OTHER | |
| | | | | | EL EACH ACCIDENT | $500,000 |
| | | | | | EL DISEASE-POLICY LIMIT | $500,000 |
| | | | | | EL DISEASE-EA EMPLOYEE | $500,000 |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**

RE: PROVIDENCE COLLEGE- STUDENT DORMITORY, PROVIDENCE, RI. DIMEO PROJECT #226-02. DIMEO CONSTRUCTION COMPANY AND PROVIDENCE COLLEGE ARE INCLUDED AS ADDITIONAL PRIMARY INSURED ON A NON-CONTRIBUTORY BASIS WITH RESPECT TO THE GRANDE MASONRY LLC WORK. WAIVER OF SUBROGATION SHALL APPLY.

**CERTIFICATE HOLDER**

DIMEO CONSTRUCTION COMPANY
75 CHAPMAN STREET
PROVIDENCE RI 02905 USA

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE *Aon Risk Services Inc. of Massachusetts*



© ACORD CORPORATION 1988

Certificate No: 570008513070 Holder Identifier:

Policy Change
Number A

GU 269
(11-85)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

IL 12 01 11 85

# POLICY CHANGES

| POLICY NO. | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| 2CG0000050069601 | 12/31/03 | VIRGINIA SURETY COMPANY, INC.. |
| NAMED INSURED<br>THE DIMEO CONSTRUCTION COMPANIES | | AUTHORIZED REPRESENTATIVE<br>CPG/Spec. Risk Resources Ins. Agcy. Inc. |
| COVERAGE PARTS AFFECTED<br>Commercial Lines Policy – Common Policy Declarations Extension | | |

CHANGES

**NAMED INSURED ENDORSEMENT**

*Dimeo Construction*
*Chapman Equipment Company*
*Stone Building Company*
*Brett Construction Co.*
*Dimeo Enterprises, Inc.*
*Equity Group South Street Associates, LTD*
*Building Design, Inc., D/B/A Stone Planning & Design*
*The Stone Company*
*Clifford Land Company*
*Stone/Congress, A Joint Venture*
*Grande Masonry, LLC*
*Equity Ventures, Inc.*
*Volpe, Dimeo, O'Connell, Guitierrez, A Joint Venture*
*Dimeo Properties, Inc.*
*O'Connor/Dimeo, A Joint Venture*
*CWC/Dimeo, A Joint Venture –*
*CWC Builders, Inc. / Dimeo Construction Company II, A Joint Venture -*
*Dimeo Construction Company / CWC Builders, A Joint Venture –*
*Deacon Development*

Date Typed:

Authorized Representative Signature



Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983