UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| National Fire Insurance Co. of Hartford, Successor by Merger to Transcontinental Insurance Company<br>Plaintiff | ) | |
| vs. | ) | C.A. No.: 08-237T |
| Virginia Surety Company<br>Defendant | ) | |

**STIPULATION**

Pursuant to LR Cv 29(b), the parties hereby stipulate and agree that the defendant, Virginia Surety Company, shall have up to and including August 27, 2008 to file its answer and/or otherwise respond to plaintiff's complaint.

Plaintiff,
By its Attorney,

/s/ Todd D. White
Todd D. White (#5943)
Adler, Pollock & Sheehan, PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200

Defendant
By its Attorneys,

/s/ Donna M. Lamontagne
Donna M. Lamontagne (#5138)
Zizik, Powers, O'Connell, Spaulding & Lamontagne, PC
40 Westminster Street, Ste. 201
Providence, RI 02906
(401) 421-7110

Dated: August 7, 2008